UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AIDAN FORSYTH,<br><br>　　　　　　Plaintiff-Relator,<br>　　v.<br><br>VELUX AMERICA LLC and VELUX GREENWOOD LLC,<br><br>　　　　　　Defendants. | Civil Action No. 8:25-cv-2703-JDA<br><br>**FILED UNDER SEAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the above listed action is voluntarily dismissed by Relator Aidan Forsyth. The United States of America consents to this dismissal and will do so in a separate filing.

This case is voluntarily dismissed with prejudice as to Relator Forsyth but without prejudice as to the United States of America.

Respectfully submitted,

　　　　　　　　　　　　　　　　　ELLIS HINTON, LLC

　　　　　　　　　　　　　　By:　 */s/ Brandi B. Hinton*
　　　　　　　　　　　　　　　　　Sloan P. Ellis (Bar Number 13186)
　　　　　　　　　　　　　　　　　21 Augusta Street, Suite C
　　　　　　　　　　　　　　　　　Greenville, South Carolina 29601
　　　　　　　　　　　　　　　　　brandi@ellishinton.com
　　　　　　　　　　　　　　　　　(864) 775-5775
　　　　　　　　　　　　　　　　　Attorney for Relator Forsyth

April 29, 2025
Greenville, South Carolina